B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE:   Texas Enterprises LLC                              Case No.

                                                            Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ARTBE Enterprises, LLC<br>5450 E. High St.<br>Phoenix, AZ 85054 | | vendor | | $210,000.00 |
| Cornerstone Custom Builders<br>508 S. Jefferson Ave.<br>Mount Pleasant, TX 75455 | | vendor | | $140,000.00 |
| Zbigniew Makowiecki Bedbud Treatment<br>15035 FM 144 N.<br>Omaha, TX 75571 | | vender | | $6,000.00 |
| Sysco Foods<br>4577 Estes Pkwy.<br>Longview, TX 75603 | | vendor | | $6,000.00 |
| Swepco<br>PO Box 24222<br>Canton, OH 44701 | | Utility | | $2,500.00 |
| Mike Setty<br>PO Box 580<br>Pittsburg, TX 75686 | | Attorney Fees | | $2,000.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE:   Texas Enterprises LLC                                          Case No.

                                                                         Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Makowiecki, Tammy<br>15035 FM 144 N.<br>Omaha, TX 75571 | | Wages | | $1,634.06 |
| Litwin, Jan<br>3704 Larkspur Ln.<br>Cameron Park, CA 95682-9030 | | Wages | | $1,615.38 |
| Makowiecki, Ziggy<br>15035 FM 144 N.<br>Omaha, TX 75571 | | Wages | | $1,330.30 |
| GoTo Premium Finance<br>PO Box 4494<br>Woodland Hills, CA 91365 | | insurance | | $1,021.29 |
| Derek Chabrowski<br>PO Box 74603<br>New River, AZ 85087 | | vendor | | $1,000.00 |
| Centerpoint Energy<br>PO Box 2628<br>Houston, TX 77252 | | Utility | | $900.00 |
| Murphree, Stephanie<br>102 CJ Wise Pkwy<br>Naples, TX 75568 | | Wages | | $845.73 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

IN RE:  Texas Enterprises LLC                                      Case No.

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Naples Water Works<br>PO Box 340<br>Naples, TX 75568 | | Utility | | $700.00 |
| Flores, Maria<br>20 CR 2324<br>Omaha, TX 75571 | | Wages | | $686.42 |
| Blackwell, Megan<br>202 CR 2877<br>Hughes Springs, TX 75656 | | Wages | | $668.00 |
| Simers, Casey<br>230 CR 4040<br>Mount Pleasant, TX 75455 | | Wages | | $644.90 |
| Traylor, Wanda<br>203 Heard Rd<br>Naples, TX 75568 | | Wages | | $626.56 |
| Griffin, Betty<br>219 Fraizer Circle<br>Hughes Springs, TX 75656 | | Wages | | $624.96 |
| Henderson, Rachel<br>15035 FM 144 N.<br>Omaha, TX 75571 | | Wages | | $605.14 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE:   Texas Enterprises LLC                                                    Case No.

                                                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  3/2/2015                              Signature:  /s/ Jan Litwin
                                                         *Jan Litwin*
                                                         **President**