**UNITED STATES BANKRUPTCY COURT**
**NORTHERN & EASTERN DISTRICTS OF TEXAS**

*In re*          **Texas Enterprises, LLC**          Case No.     *15-20032*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:          *31-Mar-15*          Date Filed:     *4/22/2015*

Line of Business:     *Nursing and Assisted Care*          NAISC Code:     *623000*

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____
Original Signature of Responsible Party

_____
Jan Litwin, President
Printed Name of Responsible Party

| Questionnaire:   *(All questions to be answered on behalf of the debtor.)* | YES | NO |
|---|---|---|
| 1. Is the business still operating? | x | |
| 2. Have you paid all your bills on time this month? | x | |
| 3. Did you pay your employees on time? | x | |
| 4. Have you deposited all the receipts for your business into the DIP account this month? | x | |
| 5. Have you filed all of your tax returns and paid all of your taxes this month? | x | |
| 6. Have you timely filed all other required government filings? | x | |
| 7. Have you paid all of your insurance premiums this month? | x | |
| 8. Do you plan to continue to operate the business next month? | x | |
| 9. Are you current on your quarterly fee payment to the U.S. Trustee? | x | |
| 10. Have you paid anything to your attorney or other professionals this month? | x | |
| 11. Did you have any unusual or significant unanticipated expenses this month? | x | |
| 12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | x | x |
| 13. Do you have any bank accounts open other than the DIP account? | x | |
| 14. Have you sold any assets other than inventory this month? | | x |
| 15. Did any insurance company cancel your policy this month? | | x |
| 16. Have you borrowed money from anyone this month? | | x |
| 17. Has anyone made an investment in your business this month? | | x |
| 18. Have you paid any bills you owed before you filed bankruptcy? | | x |

4/22/2015

|  | YES | NO |
|---|---|---|
| **TAXES** | | |
| Do you have any past due tax returns or past due post-petition tax obligations? | x | |

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

**INCOME**

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions.    *(The U.S. Trustee may waive this requirement.)*

*(Exhibit B)*

| | | |
|---|---|---|
| **TOTAL INCOME** | | $46,177.68 |

**SUMMARY OF CASH ON HAND**

| | |
|---|---|
| Cash on Hand at Start of Month | $14,193.83 |
| Cash on Hand at End of Month | $14,262.54 |
| Please provide the total amount of cash currently available to the debtor. | $14,262.54 |

**EXPENSES**

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount.    *(The U.S. Trustee may waive this requirement.)*

*(Exhibit C)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 46,108.97 |

**CASH PROFIT**

| | |
|---|---|
| Income for the month (Total from Exhibit B). | $46,177.68 |
| Expenses for the month (Total from Exhibit C). | $46,108.97 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $68.71 |

**UNPAID BILLS**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit D)*

| | |
|---|---|
| **TOTAL PAYABLES** | $2,311.02 |

**MONEY OWED TO YOU**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you the money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

*(Exhibit E)*

| | |
|---|---|
| **TOTAL RECEIVABLES** | $4,402.00 |

**BANKING INFORMATION**

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| Number of employees when the case was filed? | 22 |
| Number of employees as of the date of this monthly report? | 22 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| Professional fees relating to the bankruptcy case paid during this reporting period? | $0.00 |
| Total professional fees relating to the bankruptcy case paid since the filing of the case? | $0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| Professional fees not relating to the bankruptcy case paid during this reporting period? | $400.00 |
| Total professional fees not relating to the bankruptcy case paid since the filing of the case? | $400.00 |

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $266,801.10 | $0.00 | $266,801.10 |
| EXPENSE | $297,098.00 | $0.00 | $297,098.00 |
| CASH PROFIT | ($30,296.90) | $0.00 | ($30,296.90) |

| | |
|---|---|
| Total projected income for the next month: | $53,360.22 |
| Total projected expenses for the next month: | $59,419.60 |
| Total projected cash profit for the next month: | ($6,059.38) |

## ADDITIONAL INFORMATION

Please attach all financial reports including an income statement and balance sheet which you prepare internally.

# CHRISTOPHER A. TURNER PLLC CPA

## 217 NORTH JEFFERSON AVENUE, SUITE 2
### MT. PLEASANT, TX 75455
### 903-572-5185

April 21, 2015

United States Bankruptcy Court
Eastern District of Texas
Marshall Division

The purpose of this letter is to inform you of the pending federal returns for Texas Enterprises, LLC case number 15-20032.

On April 21, 2015 we have prepared the 2013 and 2014 Federal Income Tax Return Form 1120 and have supplied the copies to our client. The 2013 return will need to be mailed in as soon as possible and we are awaiting the signature pages for the electronic filing of the 2014 returns. All payroll returns will be filed no later than the 30th of this month.

Should you have any questions, please contact me at the number above.

Sincerely,

*Christopher A. Turner, CPA*

# Franchise Tax

2015 Annual No Tax Due Information Report

Confirmation

## You Have Filed Successfully

## Please do NOT send a paper form

## Print this page for your records

**Submission ID: 25805054**
**Date and Time of Filing:** 04/21/2015 08:32:24 AM

**Taxpayer ID:** 32033736979
**Taxpayer Name:** TEXAS ENTERPRISES LLC
**Taxpayer Address:** PO BOX 1200 NAPLES, TX 75568 - 1200

**Entered By:** Christopher A Turner
**Email Address:** ca_turnercpa@caturnerpllccpa.com
**Telephone Number:** (903) 572-5185
**IP Address:** 108.252.33.169

| Additional Reports | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

| No Tax Due Report | |
|---|---|
| SIC Code: | NAICS Code: |
| Accounting Year Begin Date: 01/01/2014 | Accounting Year End Date: 12/31/2014 |
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | No |
| Is this entity's annualized total revenue below the no tax due threshold? | Yes |
| Does the entity have zero Texas Gross Receipts? | No |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | No |
| Total Revenue: | $706,321 |

| Mailing Address |
|---|
| Street Address: PO BOX 1200 |
| City: NAPLES |
| State: TX |
| Zip Code: 75568 - 1200 |
| Country: USA |

| Public Information Report |
|---|
| **Taxpayer** |
| Taxpayer Name: TEXAS ENTERPRISES LLC |
| Taxpayer Number: 32033736979 |
| SOS File Number or Comptroller File Number: 0800870879 |
| Mailing Address: PO BOX 1200 |
| NAPLES, TX 75568-1200 |
| Principal Office: |
| Principal Place Of Business: |
| Changes from previous year?: No |
| **Officers, Directors, Managers** |

Name: JAN W LITWIN

| Title: DIRECTOR | Director? Yes | Term Expiration Date: |
|---|---|---|
| | Mailing Address: 3704 LARKSPUR LN | |
| | CAMERON PARK, CA 95682 | |

Name: JAN LITWIN

Title: PRESIDENT                    Director? No                              Term Expiration Date:

Mailing Address: PO BOX 1200
                 NAPLES, TX 75568

| | Owned Entity(s) | | |
|---|---|---|---|
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| | None entered. | | |
| | Owners | | |
| **Owned Entity(s)** | **State of Formation** | **TX SOS File #** | **Percentage of Ownership** |
| | None entered. | | |

**Registered Agent and Office**

Agent: ZBIGNIEW MAKOWIECKI

Office: 321 CR 1200
        DAINGERFIELD, TX 75638-1200

Do you need forms to change the registered agent or registered office information? No

**Declaration Statement**

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

Print | Return to Menu | File for Another Taxpayer

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security
**Glenn Hegar**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

(A-2)

# Franchise Tax

## 2014 Annual No Tax Due Information Report

Confirmation

### You Have Filed Successfully

### Please do NOT send a paper form

### Print this page for your records

**Submission ID: 25799316**
**Date and Time of Filing:** 04/20/2015 06:50:23 PM

**Taxpayer ID:** 32033736979
**Taxpayer Name:** TEXAS ENTERPRISES LLC
**Taxpayer Address:** PO BOX 1200 NAPLES, TX 75568 - 1200

**Entered By:** Christopher A Turner
**Email Address:** ca_turnercpa@caturnerpllccpa.com
**Telephone Number:** (903) 572-5185
**IP Address:** 108.252.33.169

---

### Total Amount Due and Payable = 50.00

This report is being submitted after the due date.
Reports filed after the due date incur a $50 late filing fee.

---

| Additional Reports | |
|---|---|
| Is this the reporting entity of a combined group? | No |
| Do any of the entities in the combined group have a temporary business loss preserved? | No |
| Will your total revenue be adjusted for the Tiered Partnership Election? | No |

| No Tax Due Report | |
|---|---|
| SIC Code: | NAICS Code: |
| Accounting Year Begin Date: 01/01/2013 | Accounting Year End Date: 12/31/2013 |
| Is this a passive entity as defined in Chapter 171 of the Texas Tax Code? | No |
| Is this entity's annualized total revenue below the no tax due threshold? | Yes |
| Does the entity have zero Texas Gross Receipts? | No |
| Is this entity a Real Estate Investment Trust (REIT) that meets the qualifications specified in section 171.0002(c)(4)? | No |
| Total Revenue: | $707,339 |

| Mailing Address |
|---|
| Street Address: PO BOX 1200 |
| City: NAPLES |
| State: TX |
| Zip Code: 75568 - 1200 |
| Country: USA |

| Public Information Report |
|---|
| **Taxpayer** |
| Taxpayer Name: TEXAS ENTERPRISES LLC |
| Taxpayer Number: 32033736979 |
| SOS File Number or Comptroller File Number: 0800870879 |
| Mailing Address: PO BOX 1200 |
| NAPLES, TX 75568-1200 |
| Principal Office: |
| Principal Place Of Business: |

| Changes from previous year?: No | | | |
| --- | --- | --- | --- |
| **Officers, Directors, Managers** | | | |
| Name: JAN LITWIN | | | |
| Title: PRESIDENT | Director? No | | Term Expiration Date: |
| | Mailing Address: PO BOX 1200 | | |
| | NAPLES, TX  75568 | | |
| Name: JAN W LITWIN | | | |
| Title: DIRECTOR | Director? Yes | | Term Expiration Date: |
| | Mailing Address: 3704 LARKSPUR LN | | |
| | CAMERON PARK, CA  95682 | | |
| **Owned Entity(s)** | | | |
| Owned Entity(s) | State of Formation | TX SOS File # | Percentage of Ownership |
| | None entered. | | |
| **Owners** | | | |
| Owned Entity(s) | State of Formation | TX SOS File # | Percentage of Ownership |
| | None entered. | | |
| **Registered Agent and Office** | | | |
| | Agent: ZBIGNIEW MAKOWIECKI | | |
| | Office: 321 CR 1200 | | |
| | DAINGERFIELD, TX  75638-1200 | | |
| Do you need forms to change the registered agent or registered office information? No | | | |
| **Declaration Statement** | | | |
| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the submission date, and that a copy of this information has been mailed to each person named in this section who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company. | | | |

**Payment Summary**

**Amount to Pay:** $50.00
**Electronic Check:** $50.00

**Payment Reference Number:** 25799315
**Trace Number:** 20665507
**Type of Bank Account:** CHECKING
**Accountholder Name:** Christopher A Turner PLLC CPA
**Bank Routing Number:** 111915327
**Bank Account Number:** \*\*\*\*\*\*\*\*\*\*8107
**Payment Effective Date:** 04/20/2015

Print   Return to Menu   File for Another Taxpayer

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security
**Glenn Hegar**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans

https://mycpa.cpa.state.tx.us/franchisetax/GotoSuccess.do                                    4/20/2015

**Texas Enterprises, LLC**
**Schedule of Income - Cash Basis**
**31-Mar-15**

(Exhibit B)

| | Total |
|---|---|
| Income | |
| 5010 Resident Income | 1,141.56 |
| 5490 Services | 51,068.65 |
| 5497 Unapplied Cash Payment Income | -6,032.88 |
| 8100 Interest Earned | 0.35 |
| | 46,177.68 |

**Texas Enterprises, LLC**                                    (Exhibit C)
**Schedule of Expenses - Cash Basis**
**31-Mar-15**

| | Cash Basis Expenses | Non- Cash Adjustments | Total Expenses Cash Basis |
|---|---|---|---|
| **Cost of Goods Sold** | | | |
| 5510 Food | 6,739.76 | (358.48) | 7,098.24 |
| **Total Cost of Goods Sold** | $ 6,739.76 | $ (358.48) | $ 7,098.24 |
| **Expenses** | | | |
| 6015 Activities | 22.27 | | 22.27 |
| 6020 Advertising | 79.00 | | 79.00 |
| 6030 Depreciation/Amortization | 2,743.08 | 2,743.08 | 0.00 |
| 6050 Bank Charges | 87.00 | | 87.00 |
| 6055 Computer Expense | 42.59 | 42.59 | 0.00 |
| 6116 Fuel | 434.93 | | 434.93 |
| 6120 Insurance | 2,093.64 | (724.92) | 2,818.56 |
| 6125 Insurance - Auto | 271.56 | 271.56 | 0.00 |
| 6150 Interest Expense | 2,998.10 | 2,947.04 | 51.06 |
| 6184 Event Supplies | 130.72 | 123.22 | 7.50 |
| 6185 Meals and Entertainment | 122.32 | 57.75 | 64.57 |
| 6186 Medical Supplies | 2.71 | | 2.71 |
| 6188 Mileage Reimbursements | 77.00 | 77.00 | 0.00 |
| 6190 Miscellaneous | 730.73 | (900.00) | 1,630.73 |
| 6200 Office Expenses | 75.57 | (42.59) | 118.16 |
| 6230 Postage, Shipping & Freight | 352.52 | 12.25 | 340.27 |
| 6240 Rent or Lease | 73.00 | | 73.00 |
| 6245 Professional Fees | 400.00 | | 400.00 |
| 6247 Registered Nurse Expense | 453.75 | 178.75 | 275.00 |
| 6250 Repair & Maintenance | 1,298.01 | 84.80 | 1,213.21 |
| 6280 Supplies | 862.26 | 3.46 | 858.80 |
| 6290 Taxes & Licenses | 2,986.00 | 2,986.00 | 0.00 |
| 6300 Telephone | 933.25 | | 933.25 |
| 6310 Travel | 355.96 | | 355.96 |
| 6320 Utilities | 2,566.37 | | 2,566.37 |
| 6400 Payroll Expenses | | | |
| 6401 Taxes | 3,172.25 | (2,195.77) | 5,368.02 |
| 6402 Wages | 25,301.33 | 3,990.97 | 21,310.36 |
| **Total 6400 Payroll Expenses** | $ 28,473.58 | $ 1,795.20 | $ 26,678.38 |
| **Total Expenses** | $ 48,665.92 | $ 9,655.19 | $ 39,010.73 |
| **Totals** | $ 55,405.68 | 9,296.71 | $ 46,108.97 |

Note:
Non-cash adjustements are estimated entries posted to the client's QuickBooks program in which
the program recognizes them as cash transactions when they are not.  Therefore, we have adjusted
these expenses accordingly to reflect the amount of cash paid out for the month.

**Texas Enterprises, LLC**
**Schedule for Cash Summary Reconciliation**
**31-Mar-15**

|  | Balance 2/28/2015 | Balance 3/31/2015 | Change |
|---|---|---|---|
| Petty Cash Account | 60.77 | 341.41 | 280.64 |
| Main Checking Account | 9,658.59 | 9,254.75 | (403.84) |
| Savings Account | 4,474.47 | 4,666.38 | 191.91 |
|  | 14,193.83 | 14,262.54 | 68.71 |
| Cash Income |  |  | 46,177.68 |
| Cash Expenses |  |  | (46,108.97) |
|  |  |  | 68.71 |
| Difference |  |  | (0.00) |

# Blue Bonnet Elite Assisted Living
## A/P AGING SUMMARY
### As of March 31, 2015

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| ECOLAB | | 694.33 | | | | $694.33 |
| firmins office city | | 142.13 | | | | $142.13 |
| Fred's Pharmacy | | 44.95 | | | | $44.95 |
| MARLIN BUISNESS BANK | 167.58 | 142.58 | 0.00 | | | $310.16 |
| MOORE PEST CONTROL | | 140.08 | 140.08 | 140.08 | 380.16 | $800.40 |
| NAPLES HARDWARE AND SUPPLY | | 201.00 | | | | $201.00 |
| TEXAS BLOOMS | | 82.70 | | | | $82.70 |
| THE NAPLES MONITOR | | 35.35 | | | | $35.35 |
| TOTAL | $167.58 | $1,483.12 | $140.08 | $140.08 | $380.16 | $2,311.02 |

Tuesday, Apr 21, 2015 02:26:36 PM PDT GMT-5

## Blue Bonnet Elite Assisted Living
### A/R Aging Summary
#### As of March 31, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| BERNICE HIGGINS | 2,150.00 | | | -2,150.00 | | 0.00 |
| EULA LEE BROCK | | | 0.01 | | | 0.01 |
| IMOGENE WHITE | | | | | 0.48 | 0.48 |
| JENNIFER BASS | | 12.00 | | -12.00 | | 0.00 |
| JESSIE GOOLSBY | | | | 0.00 | | 0.00 |
| JOHNNY MILES | | 668.00 | 668.00 | 656.00 | 85.51 | 2,077.51 |
| KENNITH LOGAN | | | | | 0.00 | 0.00 |
| LENORA CABLE | | 1,208.00 | | | | 1,208.00 |
| LINDA JONES | | 1,116.00 | 5.00 | -5.00 | | 1,116.00 |
| TOTAL | $ 2,150.00 $ | 3,004.00 $ | 673.01 -$ | 1,511.00 $ | 85.99 $ | 4,402.00 |

Tuesday, Apr 21, 2015 02:28:18 PM PDT GMT-5

# Blue Bonnet Elite Assisted Living
# Reconciliation Report



**Savings, Period Ending 03/31/2015**

Reconciled on: 04/06/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Julie Torres

## Summary

| | |
|---|---|
| Statement Beginning Balance | 4,474.47 |
| Checks and Payments cleared | -950.00 |
| Deposits and Other Credits cleared | +1,141.91 |
| Statement Ending Balance | 4,666.38 |
| Register Balance as of 03/31/2015 | 4,666.38 |
| Uncleared transactions after 03/31/2015 | 5,544.41 |
| Register Balance as of 04/06/2015 | 10,210.79 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/05/2015 | Expense | | Internet transfer | -400.00 |
| 03/20/2015 | Expense | | Internet transfer | -150.00 |
| 03/31/2015 | Expense | | Internet transfer | -400.00 |
| Total | | | | -950.00 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/30/2015 | Deposit | | | 1,141.56 |
| 03/31/2015 | Deposit | | | 0.35 |
| Total | | | | 1,141.91 |

## Additional Information

Uncleared Deposits and Other Credits after 03/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 04/01/2015 | Deposit | | | 5,544.41 |
| Total | | | | 5,544.41 |



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 568-2621

Twenty-four Hour Account Information By Phone
(903) 657-0202 • (800) 530-5303

www.cnbtexas.com

TEXAS ENTERPRISES LLC
102 FLOYD ST
NAPLES TX 75568-5873

Ilulldlulalidlldldululdldldldulldlallal

Page:          1

Account Number:      ████████098
Statement Date:      3/31/15
Checks/Items Enclosed:   0

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com

Member FDIC

BUSINESS  MONEY MKT          TEXAS ENTERPRISES LLC              Acct  1290384098

| | | | |
|---|---|---|---|
| Beginning Balance | 3/01/15 | 4,474.47 | |
| Deposits / Misc Credits | 2 | 1,141.91 | |
| Withdrawals / Misc Debits | 3 | 950.00 | |
| ** Ending Balance | 3/31/15 | 4,666.38 | ** |
| Service Charge | | .00 | |

| | | |
|---|---|---|
| Interest Paid Thru  3/31/15 | .35 | |
| Interest Paid Year To Date | .86 | |
| Annual Percentage Yield Earned | .10% | |
| Number of Days for A.P.Y.E. | 31 | |
| Average Balance for A.P.Y.E. | 4,128.76 | |

## MISCELLANEOUS DEBITS & CREDITS

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 3/05 | INTERNET TRANSFER TO: 1295772407 | | 400.00 |
| 3/20 | INTERNET TRANSFER TO: 1295772407 | | 150.00 |
| 3/30 | UHG COMMNITY PL/HCCLAIMEMT | 1,141.56 | |
| | TRN*1*2015032912500140*1912008361\ | | |
| 3/31 | INTERNET TRANSFER TO: 1295772407 | | 400.00 |
| 3/31 | INTEREST EARNED | .35 | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/05 | 4,074.47 | 3/20 | 3,924.47 | 3/30 | 5,066.03 |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE


Member
FDIC

Page:    2

Account Number: █████098
Statement Date:    3/31/15

TEXAS ENTERPRISES LLC

DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/31 | 4,666.38 | | | | |

## Blue Bonnet Elite Assisted Living
## Reconciliation Report
### Checking, Period Ending 03/31/2015
Reconciled on: 04/06/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Julie Torres

(F - 2)

### Summary

| | |
|---|---|
| Statement Beginning Balance | 15,479.80 |
| Checks and Payments cleared | -46,560.61 |
| Deposits and Other Credits cleared | +45,035.77 |
| Statement Ending Balance | 13,954.96 |
| Uncleared transactions as of 03/31/2015 | -4,700.21 |
| Register Balance as of 03/31/2015 | 9,254.75 |
| Uncleared transactions after 03/31/2015 | -14,456.15 |
| Register Balance as of 04/06/2015 | -5,201.40 |

### Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 02/09/2015 | Check | 8257 | CHARLES MCGILL | -1.68 |
| 02/09/2015 | Check | 8258 | Rosemary B. Minton | -4.30 |
| 02/18/2015 | Check | 500193 | Catherine A. Houk | -144.06 |
| 02/18/2015 | Check | 500203 | W JAN D. LITWIN | -745.90 |
| 02/26/2015 | Expense | | The Cajun Club | -24.43 |
| 02/27/2015 | Journal | 141000097 | | -42.59 |
| 02/27/2015 | Expense | | Pizza Hut | -16.15 |
| 02/27/2015 | Expense | | Scrubbies Car Wash | -5.00 |
| 02/27/2015 | Expense | | ABM Parking | -75.00 |
| 02/28/2015 | Expense | | expedia | -87.35 |
| 02/28/2015 | Expense | | EZ RENT A CAR | -214.22 |
| 02/28/2015 | Expense | | sams club | -34.00 |
| 02/28/2015 | Expense | | USPS | -3.79 |
| 02/28/2015 | Expense | | SAM'S CLUB | -41.00 |
| 02/28/2015 | Expense | | Cajun Cowboy Mote | -194.13 |
| 02/28/2015 | Expense | | Harland Clark | -28.09 |
| 02/28/2015 | Check | 8271 | Christopher A. Turner PLLC CPA | -1,500.00 |
| 02/28/2015 | Expense | | Harland Clark | -221.35 |
| 03/01/2015 | Check | 1206 | AD CHABROWSKI' | -400.00 |
| 03/02/2015 | Check | 8270 | SYSCO | -1,950.56 |
| 03/02/2015 | Check | 8275 | Catherine A. Houk | -2.71 |
| 03/02/2015 | Expense | | USPS | -62.88 |
| 03/02/2015 | Check | 1205 | Zbigniew Makowiecki | -680.13 |
| 03/03/2015 | Expense | | USPS | -9.05 |
| 03/03/2015 | Expense | | USPS | -45.00 |
| 03/03/2015 | Expense | | STAPLES | -10.78 |
| 03/04/2015 | Check | 500207 | CINDY WILLIAMS | -275.00 |
| 03/04/2015 | Check | 500208 | TRACY BETTS | -241.33 |
| 03/04/2015 | Check | 500209 | MEGAN E. BLACKWELL | -606.12 |
| 03/04/2015 | Check | 500210 | Maria Flores | -580.34 |
| 03/04/2015 | Check | 500211 | BETTY GRIFFIN | -430.62 |
| 03/04/2015 | Check | 500212 | Rachel C. Henderson | -589.76 |
| 03/04/2015 | Check | 500213 | Catherine A. Houk | -265.73 |
| 03/04/2015 | Check | 500214 | Victoria Hubbard | -403.04 |
| 03/04/2015 | Check | 500215 | Edith King | -353.67 |
| 03/04/2015 | Check | 500216 | CHARLES MCGILL | -348.07 |
| 03/04/2015 | Check | 500217 | Rosemary B. Minton | -69.14 |

| Date | Type | Num | Name | Amount |
|------|------|-----|------|--------|
| 03/04/2015 | Check | 500218 | STEPHANIE D. MURPHREE | -711.28 |
| 03/04/2015 | Check | 500219 | HATTIE A. OBINWANNE | -108.43 |
| 03/04/2015 | Check | 500220 | Betty J. Richardson | -278.37 |
| 03/04/2015 | Check | 500221 | Casey J. Simers | -493.44 |
| 03/04/2015 | Check | 500222 | WANDA C. TRAYLOR | -430.18 |
| 03/04/2015 | Check | 500223 | Peggy S. White | -465.57 |
| 03/04/2015 | Check | 500224 | W JAN D. LITWIN | -1,492.50 |
| 03/04/2015 | Check | 500225 | Tammy D. Makowiecki | -1,628.96 |
| 03/04/2015 | Check | 500226 | Zbigniew Makowiecki | -1,099.73 |
| 03/04/2015 | Check | 8272 | Zbigniew Makowiecki | -40.25 |
| 03/04/2015 | Check | 8273 | TAMMY MAKOWIECKI | -7.50 |
| 03/04/2015 | Check | 8274 | Rachel C. Henderson | -65.05 |
| 03/04/2015 | Expense | 92762272 | IRS 941 | -2,705.59 |
| 03/04/2015 | Expense | | USPS | -5.75 |
| 03/04/2015 | Expense | | USPS | -6.70 |
| 03/04/2015 | Expense | | USPS | -10.00 |
| 03/04/2015 | Expense | | Costco | -49.99 |
| 03/05/2015 | Expense | | USPS | -5.75 |
| 03/06/2015 | Expense | | Costco | -68.01 |
| 03/09/2015 | Bill Payment | 1001 | CENTERPOINT | -658.22 |
| 03/09/2015 | Bill Payment | 1002 | Verizon Wireless | -481.16 |
| 03/09/2015 | Bill Payment | 1003 | NAPLES WATER WORKS | -730.43 |
| 03/09/2015 | Check | 1004 | DISH NETWORK | -170.88 |
| 03/09/2015 | Check | 1005 | HIBU | -79.00 |
| 03/09/2015 | Expense | | Costco | -13.55 |
| 03/10/2015 | Expense | | USPS | -4.00 |
| 03/11/2015 | Check | 1204 | W JAN D. LITWIN | -197.50 |
| 03/12/2015 | Expense | | USPS | -69.95 |
| 03/16/2015 | Check | 1006 | SYSCO | -2,538.21 |
| 03/16/2015 | Check | 1007 | SYSCO | -1,006.76 |
| 03/16/2015 | Check | 1008 | CHEM-SERVE | -138.51 |
| 03/16/2015 | Check | 1009 | FACILITEC | -335.58 |
| 03/16/2015 | Check | 1010 | USPS | -73.00 |
| 03/16/2015 | Check | 1011 | STEPHANIE D. MURPHREE | -33.78 |
| 03/16/2015 | Check | 1013 | Rachel C. Henderson | -58.45 |
| 03/16/2015 | Check | 1014 | BETTY GRIFFIN | -15.44 |
| 03/16/2015 | Check | 1015 | Zbigniew Makowiecki | -127.30 |
| 03/16/2015 | Check | 1016 | TAMMY MAKOWIECKI | -64.25 |
| 03/16/2015 | Expense | | safeway | -55.50 |
| 03/17/2015 | Expense | | USPS | -5.75 |
| 03/17/2015 | Expense | | USPS | -14.07 |
| 03/17/2015 | Expense | | USPS | -30.00 |
| 03/18/2015 | Check | 500227 | CINDY WILLIAMS | -178.75 |
| 03/18/2015 | Check | 500228 | TRACY BETTS | -245.41 |
| 03/18/2015 | Check | 500229 | MEGAN E. BLACKWELL | -336.27 |
| 03/18/2015 | Check | 500230 | Maria Flores | -572.79 |
| 03/18/2015 | Check | 500231 | BETTY GRIFFIN | -338.93 |
| 03/18/2015 | Check | 500232 | Rachel C. Henderson | -627.05 |
| 03/18/2015 | Check | 500233 | Catherine A. Houk | -117.90 |
| 03/18/2015 | Check | 500234 | Victoria Hubbard | -449.69 |
| 03/18/2015 | Check | 500235 | Edith King | -424.74 |
| 03/18/2015 | Check | 500236 | CHARLES MCGILL | -374.76 |
| 03/18/2015 | Check | 500237 | Rosemary B. Minton | -194.81 |
| 03/18/2015 | Check | 500238 | STEPHANIE D. MURPHREE | -381.88 |
| 03/18/2015 | Check | 500239 | HATTIE A. OBINWANNE | -291.37 |
| 03/18/2015 | Check | 500240 | Betty J. Richardson | -858.39 |

# Reconcile Session Report

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/18/2015 | Check | 500241 | Casey J. Simers | -385.26 |
| 03/18/2015 | Check | 500242 | WANDA C. TRAYLOR | -498.52 |
| 03/18/2015 | Check | 500243 | Peggy S. White | -518.81 |
| 03/18/2015 | Check | 500244 | W JAN D. LITWIN | -1,492.50 |
| 03/18/2015 | Check | 500245 | TAMMY MAKOWIECKI | -1,326.52 |
| 03/18/2015 | Check | 500246 | Zbigniew Makowiecki | -1,099.73 |
| 03/19/2015 | Expense | | USPS | -9.05 |
| 03/19/2015 | Expense | | USPS | -3.79 |
| 03/19/2015 | Expense | | USPS | -3.79 |
| 03/20/2015 | Expense | | Spirit Airl | -192.36 |
| 03/20/2015 | Expense | | SAM'S CLUB | -46.70 |
| 03/23/2015 | Check | 1018 | SYSCO | -1,496.75 |
| 03/23/2015 | Expense | | Starbucks | -9.20 |
| 03/23/2015 | Expense | | CARL's Jr | -12.94 |
| 03/23/2015 | Expense | | STAPLES | -19.41 |
| 03/24/2015 | Expense | | USPS | -3.79 |
| 03/24/2015 | Expense | | USPS | -5.75 |
| 03/24/2015 | Expense | | USPS | -5.75 |
| 03/25/2015 | Expense | | IRS 941 | -2,662.43 |
| 03/25/2015 | Bill Payment | 1019 | THE HARTFORD | -292.56 |
| 03/25/2015 | Bill Payment | 1020 | Windstream | -281.21 |
| 03/25/2015 | Bill Payment | 1021 | COLONIAL LIFE $ ACCIDENT INS | -432.36 |
| 03/26/2015 | Expense | | STAPLES | -41.29 |
| 03/26/2015 | Journal | 141000103 | | -42.59 |
| 03/27/2015 | Check | 1207 | CASH | -1,600.00 |
| 03/27/2015 | Expense | | STAPLES | -4.09 |
| 03/30/2015 | Expense | | USPS | -13.75 |
| 03/30/2015 | Expense | | Internet transfer | -100.00 |
| 03/30/2015 | Check | 1203 | GOTOpremiumfinance | -1,072.35 |
| 03/30/2015 | Expense | | United | -163.60 |
| 03/31/2015 | Expense | | USPS | -17.70 |
| 03/31/2015 | Expense | | SAM'S CLUB | -32.01 |

Total                -46,560.61

**Deposits and Other Credits cleared**

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/02/2015 | Deposit | | | 6,805.84 |
| 03/04/2015 | Deposit | | | 2,798.00 |
| 03/09/2015 | Deposit | | | 17,762.71 |
| 03/09/2015 | Payment | | DONNIE COPELAND | 2,204.00 |
| 03/16/2015 | Deposit | | | 5,072.10 |
| 03/16/2015 | Deposit | | | 0.00 |
| 03/18/2015 | Deposit | | | 3,501.12 |
| 03/30/2015 | Deposit | | | 6,892.00 |

Total                45,035.77

**Additional Information**

Uncleared Checks and Payments as of 03/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 03/18/2013 | Check | 6072 | CARROL BURKE ESTATE | -19.41 |
| 03/18/2013 | Check | 6036 | IMOGENE WHITE | -41.14 |
| 12/19/2013 | Deposit | | VALERO | -60.00 |
| 03/13/2014 | Bill Payment | 7309 | EAST TEXAS CLINIC | -49.50 |
| 05/12/2014 | Check | 7542 | Zbigniew Makowiecki | -66.87 |

Reconcile Session Report

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/06/2014 | Paycheck | 7832 | Casey J. Simers | -365.15 |
| 09/19/2014 | Bill Payment | 8020 | GOTOpremiumfinance | -1,021.29 |
| 10/31/2014 | Bill Payment | | GOTOpremiumfinance | -65.00 |
| 01/20/2015 | Bill Payment | 0999 | EAST TEXAS CLINIC | -749.81 |
| 03/10/2015 | Check | | NAPLES WATER WORKS | -51.06 |
| 03/10/2015 | Bill Payment | | GOTOpremiumfinance | -1,021.29 |
| 03/10/2015 | Bill Payment | | GOTOpremiumfinance | -7.97 |
| 03/16/2015 | Check | 1012 | Peggy S. White | -4.00 |
| 03/16/2015 | Check | 1017 | MEGAN E. BLACKWELL | -1,177.72 |
| 03/25/2015 | Bill Payment | 1022 | SWEPCO | -4,700.21 |

Total

Uncleared Checks and Payments after 03/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 04/01/2015 | Check | 1023 | TRACY BETTS | -229.28 |
| 04/01/2015 | Check | 1037 | MEGAN E. BLACKWELL | -492.39 |
| 04/01/2015 | Check | 1038 | Maria Flores | -497.61 |
| 04/01/2015 | Check | 1039 | BETTY GRIFFIN | -512.46 |
| 04/01/2015 | Check | 1040 | Rachel C. Henderson | -538.50 |
| 04/01/2015 | Check | 1041 | Catherine A. Houk | -149.92 |
| 04/01/2015 | Check | 1042 | Victoria Hubbard | -442.07 |
| 04/01/2015 | Check | 1043 | Edith King | -458.68 |
| 04/01/2015 | Check | 1044 | CHARLES McGILL | -282.52 |
| 04/01/2015 | Check | 1045 | Rosemary B. Minton | -276.37 |
| 04/01/2015 | Check | 1046 | STEPHANIE D. MURPHREE | -741.19 |
| 04/01/2015 | Check | 1047 | HATTIE A. OBINWANNE | -318.53 |
| 04/01/2015 | Check | 1048 | Betty J. Richardson | -912.55 |
| 04/01/2015 | Check | 1049 | Casey J. Simers | -409.98 |
| 04/01/2015 | Check | 1050 | WANDA C. TRAYLOR | -584.50 |
| 04/12/2015 | Check | 1051 | Peggy S. White | -623.29 |
| 04/01/2015 | Check | 1052 | W JAN D. LITVIN | -1,492.50 |
| 04/01/2015 | Check | 1053 | Tammy D. Makowiecki | -1,326.52 |
| 04/01/2015 | Check | 1054 | Zbigniew Makowiecki | -1,230.40 |
| 04/02/2015 | Expense | | USPS | -7.58 |
| 04/08/2015 | Expense | | IRS 941 | -2,929.31 |

Total                                                          -14,456.15

Uncleared Deposits and Other Credits after 03/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 04/01/2015 | Check | 1024 | VOID | 0.00 |
| 04/01/2015 | Check | 1025 | VOID | 0.00 |
| 04/01/2015 | Check | 1026 | VOID | 0.00 |
| 04/01/2015 | Check | 1027 | VOID | 0.00 |
| 04/01/2015 | Check | 1028 | VOID | 0.00 |
| 04/01/2015 | Check | 1029 | VOID | 0.00 |
| 04/01/2015 | Check | 1030 | VOID | 0.00 |
| 04/01/2015 | Check | 1031 | VOID | 0.00 |
| 04/01/2015 | Check | 1032 | VOID | 0.00 |
| 04/01/2015 | Check | 1033 | VOID | 0.00 |
| 04/01/2015 | Check | 1034 | VOID | 0.00 |
| 04/01/2015 | Check | 1035 | VOID | 0.00 |
| 04/01/2015 | Check | 1036 | VOID | 0.00 |

Total                                                          0.00



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 550-5303

www.cnbtexas.com

TEXAS ENTERPRISES LLC
102 FLOYD ST
NAPLES TX 75568-5873

Page:            1

Account Number:          2407
Statement Date:      3/31/15
Checks/Items Enclosed:     0

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com

Member FDIC

| BASIC BUSINESS CHECKING | | TEXAS ENTERPRISES LLC | | Acct  1295772407 |
|---|---|---|---|---|
| Beginning Balance | 3/01/15 | | 60.77 | |
| Deposits / Misc Credits | | 4 | 1,050.00 | |
| Withdrawals / Misc Debits | | 30 | 769.36 | |
| ** Ending Balance | 3/31/15 | | 341.41 | ** |
| Service Charge | | | .00 | |

- - - - - - - - - -     MISCELLANEOUS DEBITS & CREDITS     - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 3/03 | POS PURCHASE<br>WAL Wal-Mart Super 5403 MOUNT PLEASAN TX | | 6.72 |
| 3/04 | POS PURCHASE<br>BROOKSHIRES 16 MT. PLEASANT TX | | 15.87 |
| 3/04 | POS PURCHASE<br>RITE TRACK 11 NAPLES TX | | 30.00 |
| 3/05 | INTERNET TRANSFER FROM: 1290384098 | 400.00 | |
| 3/06 | POS PURCHASE<br>RITE TRACK 11 NAPLES TX | | 30.00 |
| 3/09 | POS PURCHASE<br>WM SUPERCENTER #4338 NAPLES TX | | 26.31 |
| 3/09 | POS PURCHASE<br>WAL-MART 4338 GAS NAPLES TX | | 64.26 |
| 3/11 | POS PURCHASE<br>WAL-MART #4338 NAPLES TX | | 16.28 |
| 3/16 | POS PURCHASE<br>PRUETT'S FOOD #5 NAPLES TX | | 4.17 |



NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE

Member
FDIC

TEXAS ENTERPRISES LLC

Account Number:        407
Statement Date:        3/31/15

- - - - - - - - - - - - - - - -   MISCELLANEOUS DEBITS & CREDITS   - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 3/16 | POS PURCHASE | | 14.45 |
| | DOLLAR-GENERAL #8122 NAPLES TX | | |
| 3/16 | POS PURCHASE | | 22.54 |
| | WM SUPERCENTER # NAPLES TX | | |
| 3/17 | POS PURCHASE | | 12.04 |
| | DOLLAR-GENERAL #8122 NAPLES TX | | |
| 3/17 | POS PURCHASE | | 16.89 |
| | WM SUPERCENTER # MOUNT PLEASAN TX | | |
| 3/17 | POS PURCHASE | | 49.00 |
| | USPS 48623005630226229 NAPLES TX | | |
| 3/18 | POS PURCHASE | | 3.79 |
| | PRUETT'S FOOD #5 NAPLES TX | | |
| 3/18 | POS PURCHASE | | 10.50 |
| | BROOKSHIRES 16 MT. PLEASANT TX | | |
| 3/18 | POS PURCHASE | | 30.00 |
| | RITE TRACK 11 NAPLES TX | | |
| 3/20 | INTERNET TRANSFER FROM: 1290384098 | 150.00 | |
| 3/20 | POS PURCHASE | | 22.27 |
| | GOOD TIME VIDEO NAPLES TX | | |
| 3/23 | POS PURCHASE | | 24.01 |
| | 67 EXPRESS MOUNT PLEASAN TX | | |
| 3/23 | POS PURCHASE | | 26.00 |
| | RITE TRACK 11 NAPLES TX | | |
| 3/23 | POS PURCHASE | | 28.88 |
| | REAR OF THE STEER OMAHA TX | | |
| 3/23 | POS PURCHASE | | 35.00 |
| | WM SUPERCENTER #4338 NAPLES TX | | |
| 3/23 | POS PURCHASE | | 57.82 |
| | BROOKSHIRES 109 DAINGERFIELD TX | | |
| 3/25 | POS PURCHASE | | 41.72 |
| | EXXONMOBIL    47317250 OMAHA TX | | |
| 3/26 | POS PURCHASE | | 5.84 |
| | WM SUPERCENTER # NAPLES TX | | |
| 3/26 | POS PURCHASE | | 20.00 |
| | EXXONMOBIL    47317250 OMAHA TX | | |

Page:      3

TEXAS ENTERPRISES LLC

Account Number:          ████407
Statement Date:          3/31/15

## MISCELLANEOUS DEBITS & CREDITS

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 3/27 | POS PURCHASE | | 11.31 |
| | WAL-MART #4338 NAPLES TX | | |
| 3/27 | POS PURCHASE | | 26.69 |
| | WAL-MART 4338 GAS NAPLES TX | | |
| 3/27 | Overdraft/NSF Charge | | 58.00 |
| 3/30 | INTERNET TRANSFER FROM: 1292704725 | 100.00 | |
| 3/30 | POS PURCHASE | | 30.00 |
| | RITE TRACK 11 NAPLES TX | | |
| 3/30 | Overdraft/NSF Charge | | 29.00 |
| 3/31 | INTERNET TRANSFER FROM: 1290384098 | 400.00 | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | 54.05 | 3/16 | 230.17 | 3/25 | 22.25 |
| 3/04 | 8.18 | 3/17 | 152.24 | 3/26 | 3.59- |
| 3/05 | 408.18 | 3/18 | 107.95 | 3/27 | 99.59- |
| 3/06 | 378.18 | 3/20 | 235.68 | 3/30 | 58.59- |
| 3/09 | 287.61 | 3/23 | 63.97 | 3/31 | 341.41 |
| 3/11 | 271.33 | | | | |

Reconcile Session Report

Page 1 of 1



# CITIZENS NATIONAL BANK

P.O. BOX 1009 • 201 W. Main • Henderson, Texas 75653-1009
(903) 657-8521 or Toll Free (877) 566-2621

Twenty-four Hour Account Information By Phone
(903) 657-6262 • (800) 530-5303

www.cnbtexas.com

TEXAS ENTERPRISES LLC
102 FLOYD ST
NAPLES TX 75568-5873

Ilulhdlddalllululdahldulalhulilll

Page:                    1

Account Number:            4725
Statement Date:        3/31/15
Checks/Items Enclosed:      80

Make check deposits from your desk with Quick Check Deposit!
Citizens National Bank's Quick Check Deposit is a convenient remote
deposit service that helps your business to save time and money.
www.cnbtexas.com

Member FDIC

| BASIC BUSINESS CHECKING | TEXAS ENTERPRISES LLC | | Acct | 1292704725 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Beginning Balance | 3/01/15 | 15,479.80 | |
| Deposits / Misc Credits | 7 | 45,035.77 | |
| Withdrawals / Misc Debits | 125 | 46,560.61 | |
| ** Ending Balance | 3/31/15 | 13,954.96 | ** |
| Service Charge | | .00 | |
| Enclosures | | 80 | |

- - - - - - - - MISCELLANEOUS DEBITS & CREDITS - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 3/02 | DEPOSIT | 6,805.84 | |
| 3/02 | POS PURCHASE | | 3.79 |
| | USPS 0527439550 EL DORADO HIL CA | | |
| 3/02 | POS PURCHASE | | 5.00 |
| | SCRUBBIES WASH - MOUN MOUNT PLEASAN TX | | |
| 3/02 | POS PURCHASE | | 16.15 |
| | PIZZA HUT/EINSTEIN BAG DALLAS TX | | |
| 3/02 | POS PURCHASE | | 24.43 |
| | THE CAJUN CLUB OMAHA TX | | |
| 3/02 | POS PURCHASE | | 34.00 |
| | SAMS CLUB SAM'S Club FOLSOM CA | | |
| 3/02 | POS PURCHASE | | 41.00 |
| | SAMS CLUB SAM'S Club FOLSOM CA | | |
| 3/02 | POS PURCHASE | | 42.59 |
| | INTUIT *QB ONLINE 800-286-6800 CA | | |
| 3/02 | POS PURCHASE | | 62.88 |
| | USPS 0527430762 EL DORADO HIL CA | | |



NOTICE, SEE REVERSE SIDE FOR ADDITIONAL INFORMATION
*DENOTES INTERRUPTION IN CHECK NUMBER SEQUENCE


Member
FDIC

Page:      2

TEXAS ENTERPRISES LLC

Account Number:        ####25
Statement Date:        3/31/15

- - - - - - - - - - - -    MISCELLANEOUS DEBITS & CREDITS    - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 3/02 | POS PURCHASE<br>ABM PARKING SAN JOSE A SAN JOSE CA | | 75.00 |
| 3/02 | POS PURCHASE<br>EXPEDIA*199238780308 EXPEDIA.COM NV | | 87.35 |
| 3/02 | POS PURCHASE<br>CAJUN COWBOY MOTEL & R OMAHA TX | | 194.13 |
| 3/03 | POS PURCHASE<br>USPS 0527430762 EL DORADO HIL CA | | 9.05 |
| 3/03 | POS PURCHASE<br>NWS Staples, Inc  6606 FOLSOM CA | | 10.78 |
| 3/03 | POS PURCHASE<br>SAMS CLUB SAM'S Club FOLSOM CA | | 45.00 |
| 3/03 | POS PURCHASE<br>EZ RENT A CAR DFW DALLAS TX | | 214.22 |
| 3/04 | DEPOSIT | 2,798.00 | |
| 3/04 | POS PURCHASE<br>USPS 0527430762 EL DORADO HIL CA | | 5.75 |
| 3/04 | POS PURCHASE<br>USPS 0527430762 EL DORADO HIL CA | | 6.70 |
| 3/04 | POS PURCHASE<br>THE UPS STORE 1726 CAMERON PARK CA | | 10.00 |
| 3/04 | POS PURCHASE<br>COSTCO WHSE #0765 FOLSOM CA | | 49.99 |
| 3/04 | IRS/USATAXPYMT | | 2,705.59 |
| 3/04 | HARLAND CLARKE/CHK ORDER | | 221.35 |
| 3/04 | HARLAND CLARKE/CHK ORDER | | 28.09 |
| 3/05 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 5.75 |
| 3/06 | POS PURCHASE<br>SAFEWAY FUEL        1824 SOUTH LAKE TA CA | | 68.01 |
| 3/09 | DEPOSIT | 17,762.71 | |
| 3/09 | DONNIE A COPELAN/PAYMENT | 2,204.00 | |
| 3/09 | POS PURCHASE<br>STARBUCKS #06991 SOUTH South Lake Ta CA | | 13.55 |
| 3/10 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 4.00 |

Page:      3

TEXAS ENTERPRISES LLC

Account Number:      ▓▓▓▓▓725
Statement Date:      3/31/15

- - - - - - - - - - - - - - - - - - - -   MISCELLANEOUS DEBITS & CREDITS   - - - - - - - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|---|---|---|---|
| 3/12 | POS PURCHASE<br>USPS 0572000682 SHINGLE SPRIN CA | | 69.95 |
| 3/16 | DEPOSIT | 5,072.10 | |
| 3/16 | POS PURCHASE<br>SAFEWAY FUEL      1824 SOUTH LAKE TA CA | | 55.50 |
| 3/17 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 5.75 |
| 3/17 | POS PURCHASE<br>USPS 0527430762 EL DORADO HIL CA | | 14.07 |
| 3/17 | POS PURCHASE<br>THE UPS STORE 1726 CAMERON PARK CA | | 30.00 |
| 3/18 | DEPOSIT | 3,501.12 | |
| 3/19 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 3.79 |
| 3/19 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 3.79 |
| 3/19 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 9.05 |
| 3/20 | POS PURCHASE<br>SAMS CLUB SAM'S Club FOLSOM CA | | 46.70 |
| 3/20 | POS PURCHASE<br>SPIRIT AI MIRAMAR FL | | 192.36 |
| 3/23 | POS PURCHASE<br>STARBUCKS #10253 SARAT Saratoga CA | | 9.20 |
| 3/23 | POS PURCHASE<br>CARL'S JR 1100336 FOLSOM CA | | 12.94 |
| 3/23 | POS PURCHASE<br>NWS Staples, Inc    0319 FOLSOM CA | | 19.41 |
| 3/24 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 3.79 |
| 3/24 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 5.75 |
| 3/24 | POS PURCHASE<br>USPS 0527439550 EL DORADO HIL CA | | 5.75 |
| 3/25 | IRS/USATAXPYMT | | 2,662.43 |

Page: 4

TEXAS ENTERPRISES LLC

Account Number: ____725
Statement Date: 3/31/15

## MISCELLANEOUS DEBITS & CREDITS

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 3/26 | POS PURCHASE NWS Staples, Inc 9310 FOLSOM CA | | 41.29 |
| 3/27 | POS PURCHASE NWS Staples, Inc 3308 FOLSOM CA | | 4.09 |
| 3/30 | DEPOSIT | 6,892.00 | |
| 3/30 | POS PURCHASE USPS 0572000682 SHINGLE SPRIN CA | | 13.75 |
| 3/30 | POS PURCHASE INTUIT *QB ONLINE 800-286-6800 CA | | 42.59 |
| 3/30 | POS PURCHASE UNITED 800-932-2732 TX | | 163.60 |
| 3/30 | INTERNET TRANSFER TO: 1295772407 | | 100.00 |
| 3/31 | POS PURCHASE USPS 0572000682 SHINGLE SPRIN CA | | 17.70 |
| 3/31 | POS PURCHASE SAMS CLUB SAM'S Club FOLSOM CA | | 32.01 |

## CHECKS POSTED
### * indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 3/13 | 1001 | 658.22 | 3/19 | 1016 | 64.25 | 3/06 | 8272 | 40.25 |
| 3/17 | 1002 | 481.16 | 3/24 | 1018* | 1,496.75 | 3/10 | 8273 | 7.50 |
| 3/18 | 1003 | 730.43 | 3/30 | 1019 | 292.56 | 3/09 | 8274 | 65.05 |
| 3/17 | 1004 | 170.88 | 3/31 | 1020 | 281.21 | 3/10 | 8275 | 2.71 |
| 3/16 | 1005 | 79.00 | 3/31 | 1021 | 432.36 | 3/05 | 500193* | 144.06 |
| 3/18 | 1006 | 2,538.21 | 3/10 | 1203* | 1,072.35 | 3/04 | 500203* | 745.90 |
| 3/18 | 1007 | 1,006.76 | 3/11 | 1204 | 197.50 | 3/09 | 500207* | 275.00 |
| 3/26 | 1008 | 138.51 | 3/25 | 1205 | 680.13 | 3/10 | 500208 | 241.33 |
| 3/25 | 1009 | 335.58 | 3/27 | 1206 | 400.00 | 3/09 | 500209 | 606.12 |
| 3/31 | 1010 | 73.00 | 3/27 | 1207 | 1,600.00 | 3/10 | 500210 | 580.34 |
| 3/19 | 1011 | 33.78 | 3/12 | 8257* | 1.68 | 3/16 | 500211 | 430.62 |
| 3/19 | 1013* | 58.45 | 3/09 | 8258 | 4.30 | 3/09 | 500212 | 589.76 |
| 3/30 | 1014 | 15.44 | 3/04 | 8270* | 1,950.56 | 3/10 | 500213 | 265.73 |
| 3/30 | 1015 | 127.30 | 3/05 | 8271 | 1,500.00 | 3/10 | 500214 | 403.04 |

Page:     5

TEXAS ENTERPRISES LLC

Account Number:          725
Statement Date:      3/31/15

## CHECKS POSTED
### * indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 3/12 | 500215 | 353.67 | 3/10 | 500226 | 1,099.73 | 3/19 | 500237 | 194.81 |
| 3/09 | 500216 | 348.07 | 3/19 | 500227 | 178.75 | 3/19 | 500238 | 381.88 |
| 3/10 | 500217 | 69.14 | 3/19 | 500228 | 245.41 | 3/20 | 500239 | 291.37 |
| 3/09 | 500218 | 711.28 | 3/23 | 500229 | 336.27 | 3/20 | 500240 | 858.39 |
| 3/10 | 500219 | 108.43 | 3/26 | 500230 | 572.79 | 3/25 | 500241 | 385.26 |
| 3/10 | 500220 | 278.37 | 3/19 | 500231 | 338.93 | 3/23 | 500242 | 498.52 |
| 3/12 | 500221 | 493.44 | 3/19 | 500232 | 627.05 | 3/19 | 500243 | 518.81 |
| 3/09 | 500222 | 430.18 | 3/23 | 500233 | 117.90 | 3/25 | 500244 | 1,492.50 |
| 3/09 | 500223 | 465.57 | 3/20 | 500234 | 449.69 | 3/19 | 500245 | 1,326.52 |
| 3/11 | 500224 | 1,492.50 | 3/23 | 500235 | 424.74 | 3/23 | 500246 | 1,099.73 |
| 3/10 | 500225 | 1,628.96 | 3/19 | 500236 | 374.76 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/02 | 21,699.32 | 3/12 | 24,823.73 | 3/23 | 18,479.10 |
| 3/03 | 21,420.27 | 3/13 | 24,165.51 | 3/24 | 16,967.06 |
| 3/04 | 18,494.34 | 3/16 | 28,672.49 | 3/25 | 11,411.16 |
| 3/05 | 16,844.53 | 3/17 | 27,970.63 | 3/26 | 10,658.57 |
| 3/06 | 16,736.27 | 3/18 | 27,196.35 | 3/27 | 8,654.48 |
| 3/09 | 33,194.10 | 3/19 | 22,836.32 | 3/30 | 14,791.24 |
| 3/10 | 27,432.47 | 3/20 | 20,997.81 | 3/31 | 13,954.96 |
| 3/11 | 25,742.47 | | | | |



Deposit, Amount $2,798.00  Date 3/4/2015

805.84  Date 3/2/2015

Deposit, Amount $5,072.10  Date 3/16/2015

unt $17,762.71  Date 3/9/2015

Deposit, Amount $6,892.00  Date 3/30/2015

t, Amount $3,501.12  Date 3/18/2015

Check 1001, Amount $658.22  Date 3/13/2015

Check 1002, Amount $481.16  Date 3/17/2015

Check 1003, Amount $730.43  Date 3/18/2015

Check 1004, Amount $170.88  Date 3/17/2015

Check 1005, Amount $79.00  Date 3/16/2015

Check 1006, Amount $2,538.21  Date 3/18/2015



Check 1007, Amount $1,006.76  Date 3/18/2015

Check 1008, Amount $139.51  Date 3/26/2015

Check 1009, Amount $335.58  Date 3/25/2015

Check 1010, Amount $73.00  Date 3/31/2015

Check 1011, Amount $33.78  Date 3/19/2015

Check 1013, Amount $58.45  Date 3/19/2015

Check 1014, Amount $15.44  Date 3/30/2015

Check 1015, Amount $127.30  Date 3/30/2015

Check 1016, Amount $64.25  Date 3/19/2015

Check 1018, Amount $1,496.75  Date 3/24/2015

Check 1019, Amount $292.56  Date 3/30/2015

Check 1020, Amount $281.21  Date 3/31/2015



Check 1203, Amount $1,072.35 Date 3/10/2015

nt $432.36 Date 3/31/2015

Check 1205, Amount $680.13 Date 3/25/2015

54, Amount $197.50 Date 3/11/2015

Check 1207, Amount $1,600.00 Date 3/27/2015

eck 1206, Amount $400.00 Date 3/27/2015

Check 8258, Amount $4.30 Date 3/9/2015

Check 8257, Amount $1.68 Date 3/12/2015

Check 8271, Amount $1,500.00 Date 3/5/2015

Check 8270, Amount $1,950.56 Date 3/4/2015

Check 8273, Amount $7.50 Date 3/10/2015

Check 8272, Amount $40.25 Date 3/6/2015



Check 8274, Amount $65.05  Date 3/9/2015

Check 8275, Amount $2.71  Date 3/10/2015

Check 500193, Amount $144.06  Date 3/5/2015

Check 500203, Amount $745.90  Date 3/4/2015

Check 500207, Amount $275.00  Date 3/9/2015

Check 500208, Amount $241.33  Date 3/10/2015

Check 500209, Amount $606.12  Date 3/9/2015

Check 500210, Amount $580.34  Date 3/10/2015

Check 500211, Amount $430.62  Date 3/16/2015

Check 500212, Amount $589.76  Date 3/9/2015

Check 500213, Amount $265.73  Date 3/10/2015

Check 500214, Amount $403.04  Date 3/10/2015



Check 500215, Amount $353.67 Date 3/12/2015

Check 500216, Amount $348.07 Date 3/9/2015



Check 500217, Amount $69.14 Date 3/10/2015



Check 500218, Amount $711.28 Date 3/9/2015



Check 500219, Amount $108.43 Date 3/10/2015



Check 500220, Amount $278.37 Date 3/10/2015



Check 500221, Amount $493.44 Date 3/12/2015



Check 500222, Amount $430.18 Date 3/9/2015



Check 500223, Amount $465.57 Date 3/9/2015



Check 500224, Amount $1,492.50 Date 3/11/2015



Check 500225, Amount $1,628.96 Date 3/10/2015



Check 500226, Amount $1,099.73 Date 3/10/2015



Check 500227, Amount $178.75  Date 3/19/2015

Check 500228, Amount $245.41  Date 3/19/2015





Check 500229, Amount $336.27  Date 3/23/2015

Check 500230, Amount $572.79  Date 3/26/2015





Check 500231, Amount $338.93  Date 3/19/2015

Check 500232, Amount $627.05  Date 3/19/2015





Check 500233, Amount $117.90  Date 3/23/2015

Check 500234, Amount $449.69  Date 3/20/2015





Check 500235, Amount $424.74  Date 3/23/2015

Check 500236, Amount $374.76  Date 3/19/2015





Check 500237, Amount $194.81  Date 3/19/2015

Check 500238, Amount $381.88  Date 3/19/2015