# TEXAS ENTERPRISES, LLC
# BALANCE SHEET
# AS OF MARCH 31, 2015

## ASSETS

| | |
|---|---:|
| **CURRENT ASSETS** | |
| Petty Cash Bank | $ 341.41 |
| Checking | 9,254.75 |
| Savings | 4,666.38 |
| Building Fund | 15,000.00 |
| Accounts Receivable (A/R) | 4,402.00 |
| Undeposited Funds | 656.00 |
| **Total Current Assets** | 34,320.54 |
| **PROPERTY AND EQUIPMENT** | |
| Land | 100,000.00 |
| Signs:Original Cost | 1,799.16 |
| Buildings:Original Cost | 874,793.71 |
| Furniture & Fixtures | 2,669.08 |
| Furniture & Fixtures:Original Cost | 57,060.94 |
| Vehicles:Original Cost | 13,738.53 |
| Building Improvements | 12,304.73 |
| Building Improvements:Original Cost | 72,198.24 |
| Less: Accumulated Depreciation | (207,095.17) |
| **Net Property and Equipment** | 927,469.22 |
| **OTHER ASSETS** | |
| Organizational Expense:Amortization | (866.25) |
| Organizational Expense:Original Cost | 1,575.00 |
| Construction Fund | 71,815.00 |
| **Total Other Assets** | 72,523.75 |
| **TOTAL ASSETS** | $ 1,034,313.51 |

# TEXAS ENTERPRISES, LLC
# BALANCE SHEET
# AS OF MARCH 31, 2015

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Accounts Payable | $ | 2,311.02 |
| Customer Deposits | | 3,378.40 |
| Payroll Liabilities | | 29,213.21 |
| Accrued Liabilities | | 31,834.74 |
| **Total Current Liabilities** | | 66,737.37 |
| **LONG-TERM LIABILITIES** | | |
| SVNB Line of Credit | | 75,417.34 |
| SVNB Mortgage | | 922,995.56 |
| **Total Long-Term Liabilities** | | 998,412.90 |
| **Total Liabilities** | | 1,065,150.27 |
| **STOCKHOLDERS' EQUITY** | | |
| Additional Paid In Capital | | 466,683.16 |
| Retained Earnings | | (497,519.92) |
| **Total Stockholders' Equity** | | (30,836.76) |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ | 1,034,313.51 |

See Accountants' Compilation Report
2