# TEXAS ENTERPRISES, LLC
# INCOME STATEMENT

| | ONE MONTH ENDED MARCH 31, 2015 | % | THREE MONTHS ENDED MARCH 31, 2015 | % |
|---|---:|---:|---:|---:|
| **Sales** | | | | |
| Resident Income | $ 1,141.56 | 2.33 | $ 18,913.55 | 11.72 |
| Resident Refunds | 0.00 | 0.00 | (25.00) | (0.02) |
| Services | 47,773.65 | 97.67 | 142,554.03 | 88.30 |
| Uncategorized Income | 0.00 | 0.00 | 0.07 | 0.00 |
| Less Returns & Allowances | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Sales** | 48,915.21 | 100.00 | 161,442.65 | 100.00 |
| **Cost of Goods Sold** | | | | |
| Food | 6,739.76 | 13.78 | 15,310.04 | 9.48 |
| **Total Cost of Goods Sold** | 6,739.76 | 13.78 | 15,310.04 | 9.48 |
| **Gross Profit** | 42,175.45 | 86.22 | 146,132.61 | 90.52 |
| **Operating Expenses** | | | | |
| Activities | 22.27 | 0.05 | 273.75 | 0.17 |
| Advertising | 114.35 | 0.23 | 451.23 | 0.28 |
| Depreciation/Amortization | 2,743.08 | 5.61 | 8,229.24 | 5.10 |
| Bank Charges | 87.00 | 0.18 | 163.00 | 0.10 |
| Computer Expense | 42.59 | 0.09 | 262.53 | 0.16 |
| Equipment Rental | 236.95 | 0.48 | 1,088.23 | 0.67 |
| Fuel | 434.93 | 0.89 | 1,528.14 | 0.95 |
| Insurance | 2,093.64 | 4.28 | 3,114.93 | 1.93 |
| Insurance - Auto | 271.56 | 0.56 | 549.12 | 0.34 |
| Interest Expense | 3,023.10 | 6.18 | 8,593.92 | 5.32 |
| Event Supplies | 130.72 | 0.27 | 145.36 | 0.09 |
| Meals and Entertainment | 122.32 | 0.25 | 710.95 | 0.44 |
| Medical Supplies | 2.71 | 0.01 | 187.45 | 0.12 |
| Medical Supplies - Employees | 0.00 | 0.00 | 75.00 | 0.05 |
| Mileage Reimbursements | 77.00 | 0.16 | 217.80 | 0.13 |
| Miscellaneous | 730.73 | 1.49 | 3,422.45 | 2.12 |
| Office Expenses | 75.57 | 0.15 | 503.13 | 0.31 |
| Pest Control | 140.08 | 0.29 | 420.24 | 0.26 |
| Postage, Shipping & Freight | 352.52 | 0.72 | 513.55 | 0.32 |
| Rent or Lease | 73.00 | 0.15 | 73.00 | 0.05 |
| Professional Fees | 400.00 | 0.82 | 11,750.00 | 7.28 |
| Registered Nurse Expense | 453.75 | 0.93 | 1,425.88 | 0.88 |
| Repair & Maintenance | 1,298.01 | 2.65 | 7,791.29 | 4.83 |
| Repair & Maint - Auto | 0.00 | 0.00 | 677.66 | 0.42 |
| Supplies | 862.26 | 1.76 | 4,533.10 | 2.81 |
| Taxes & Licenses | 2,986.00 | 6.10 | 8,958.00 | 5.55 |
| Telephone | 452.09 | 0.92 | 2,792.83 | 1.73 |
| Travel | 355.96 | 0.73 | 2,207.14 | 1.37 |
| Utilities | 1,908.15 | 3.90 | 8,806.71 | 5.46 |

See Accountants' Compilation Report

3

# TEXAS ENTERPRISES, LLC
# INCOME STATEMENT

|  | ONE MONTH ENDED MARCH 31, 2015 | % | THREE MONTHS ENDED MARCH 31, 2015 | % |
|---|---:|---:|---:|---:|
| Payroll Expenses:Taxes | 3,172.25 | 6.49 | 9,413.69 | 5.83 |
| Payroll Expenses:Wages | 25,301.33 | 51.72 | 73,873.06 | 45.76 |
| Payroll Expenses:Company Contributions:He | 0.00 | 0.00 | 614.88 | 0.38 |
| Uncategorized Expense | 0.00 | 0.00 | 700.00 | 0.43 |
| **Total Operating Expenses** | 47,963.92 | 98.06 | 164,067.26 | 101.63 |
| **Operating Income (Loss)** | (5,788.47) | (11.83) | (17,934.65) | (11.11) |
| **Other Income (Expense)** | | | | |
| Interest Earned | 0.35 | 0.00 | 0.84 | 0.00 |
| **Total Other Income (Expense)** | 0.35 | 0.00 | 0.84 | 0.00 |
| **Net Income (Loss) Before Taxes** | (5,788.12) | (11.83) | (17,933.81) | (11.11) |
| **Net Income (Loss)** | $ (5,788.12) | (11.83) | $ (17,933.81) | (11.11) |