IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-20032 |
| TEXAS ENTERPRISES, LLC | § | |
| D/B/A BLUEBONNET ELITE | § | |
| ASSISTED LIVING | § | |
|    DEBTOR, | § | |
| | § | CHAPTER 11 |
| | § | |

## WITNESS/EXHIBIT LIST FOR
## MUFG UNION BANK, N.A. FOR HEARING ON MOTION FOR VALUATION

TO THE HONORABLE
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, MUFG UNION BANK, N.A., ("Union Bank") intends to use the following exhibits in connection with the Motion for Valuation filed by Debtor.

### I. EXHIBITS

A. Proofs of Claim #5 and #10 filed by Union Bank and all exhibits attached thereto.

B. Plan of Reorganization and Disclosure Statement filed by Debtor, dated October 28, 2015 and all exhibits attached thereto.

C. Appraisal Report of Blue Bonnet Elite Assisted Living 102 Floyd Street, Naples, Texas 75568 prepared by Daniel T. Wilch, MAI, Senior Appraiser with Aaron Brown & Associates, Inc. and all exhibits attached thereto.

D. Memorandum of Appraisal Review-Desk Review, Dated November 3, 3015 and prepared by Daniel T. Wilch, Senior Appraiser with Aaron Brown & Associates, Inc. and all exhibits attached thereto.

E. PROFESSIONAL QUALIFICATIONS OF Daniel T. Wilch, MAI.

F. All Exhibits listed in Debtor's List of Exhibits to be presented by Debtor at hearing on Motion for Valuation Debtor, including but not limited to the Appraisal Report by The Appraisal Firm of Texas, Inc. dated July 15, 2015.

## II. WITNESSES

1. Daniel T. Wilch, MAI, Aaron Brown & Associates, Inc, 2765 12th Street S.W. Salem, Oregon 97302, 503 363 5969.

2. Witness listed by Debtor and designated to testify at the hearing on Motion for Evaluation filed by Debtor, including but not limited to Debtor's representative and Chris Diamond.

Respectfully submitted,

**ANDERSON VELA, L.L.C.**

/S/ RICHARD ANDERSON
Richard E. Anderson
State Bar No. 01209010
8111 LBJ Freeway, Suite 1501
Dallas, Texas 75251
Telephone: (214) 276-1545
Facsimile: (214) 276-1546
**COUNSEL FOR UNION BANK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

**Debtor**
Texas Enterprises, LLC
d/b/a Bluebonnet Elite Assisted Living
102 Floyd St.
Naples, Texas
75568
*Via Regular Mail*

**Debtor's Attorney**
Joshua P. Searcy
Searcy & Searcy, P.C.
P.O. Box 3929
Longview, Tx 5606
*Via Electronic Service*

**US TRUSTEE**
Marcus Salitore
US Trustee Office
110 N. College
Ave., Room 300
Tyler, TX 75702
*Via Electronic Service*

Date: November 11, 2015

/s/ Richard E. Anderson
RICHARD E. ANDERSON