**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 15-20032** |
| **TEXAS ENTERPRISES, LLC** | § | |
| **D/B/A BLUEBONNET ELITE** | § | |
| **ASSISTED LIVING** | § | |
|    **DEBTOR,** | § | |
| | § | **CHAPTER 11** |
| | § | |

**WITNESS/EXHIBIT LIST OF**
**MUFG UNION BANK, N.A. FOR HEARING ON CONFIRMATION OF DEBTOR'S**
**CHAPTER 11 PLAN OF REORGANIZATION (Dkt No. 78)**

**TO THE HONORABLE**
**UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, MUFG UNION BANK, N.A., ("Union Bank") intends to use the following exhibits in connection with its objection to Debtor's proposed Chapter 11 Plan of Reorganization filed by Debtor (Docket No. 78).

## I. EXHIBITS

It is requested that the Court take judicial notice of all pleadings and documents filed with the Court in the above cause and properly served as noted in the docket report for the above case, including but not limited to the following:

    A.    Plan of Reorganization and Disclosure Statement filed by Debtor, dated October 28, 2015 and all exhibits attached thereto (Docket No. 78, Judicial Notice requested).

    B.    Chapter 11 Small Business Disclosure Statement filed by Debtor and all exhibits attached thereto (Docket No. 79, Judicial Notice Requested).

    C.    All Operating Reports/Cash Flow Statements filed by the Debtor and all exhibits attached thereto (Docket #'s 31, 38, 39, 47, 52, 56, 57, 75, 77 &88).

    D.      All Exhibits listed in Debtor's List of Exhibits to be presented by Debtor at the confirmation hearing and any exhibits submitted by any other interested party at the confirmation hearing.

## II. WITNESSES

1. Corporate Representative of Union Bank, N.A.

2. Any Witness designated by Debtor to testify at the hearing on confirmation of the Debtor's Chapter 11 Plan of Reorganization and any other witnesses designated or called by any other interested party.

                              Respectfully submitted,

                              **ANDERSON VELA, L.L.P.**

                              /S/ RICHARD ANDERSON
                              Richard E. Anderson
                              State Bar No. 01209010
                              4920 Westport Drive
                              The Colony, TX  75056
                              Telephone:  (214) 276-1545
                              Facsimile:  (214) 276-1546
                              **COUNSEL FOR UNION BANK, N.A.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

**Debtor**
Texas Enterprises, LLC
d/b/a Bluebonnet Elite Assisted Living
102 Floyd St.
Naples, Texas  75568
*Via Regular Mail*

**Debtor's Attorney**
Joshua P. Searcy
Searcy & Searcy, .C.
P.O. Box 3929
Longview, TX 75606
*Via Electronic Service*

**US TRUSTEE**
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
*Via Electronic Service*

Date: December 10, 2015

                                        /s/ Richard E. Anderson
                                        RICHARD E. ANDERSON