IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TEXAS ENTERPRISES, L.L.C.** | § | Case No. 15-20032 |
| d/b/a Bluebonnet Elite Assisted Living | § | |
| xx--xxx2219 | § | |
| 102 Floyd St., Naples, TX 75568 | § | |
| | § | |
| Debtor | § | Chapter 11 |

**ORDER DISMISSING MOTION TO REOPEN**
**CHAPTER 11 CASE FOR PURPOSE OF CRIMINAL INVESTIGATION**

ON THIS DATE the Court has considered the Motion to Reopen Case for Purpose of Criminal Investigation (the "Motion") filed by Derek Chabrowski (the "Movant") on September 23, 2016, in the above-referenced case. Though the Motion contains a number of procedural deficiencies, including a failure to tender the required reopening fee, the Motion suffers from more serious deficiencies. In addition to failing to establish the standing of the Movant to bring the motion, this Court does not possess any criminal jurisdiction whatsoever.[1]  Accordingly,

**IT IS THEREFORE ORDERED** that the Motion to Reopen Case for Purpose of Criminal Investigation filed by Derek Chabrowski on September 23, 2016 is

---

[1] Any information regarding possible criminal violations should be thus be forwarded to the United States Trustee, the Federal Bureau of Investigation, or other law enforcement investigative agencies.

**DISMISSED** for want of jurisdiction.

Signed on 09/26/2016

*Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE