IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **TEXAS ENTERPRISES, L.L.C.** | § | Case No. 15-20032 |
| d/b/a Bluebonnet Elite Assisted Living | § | |
| xx--xxx2219 | § | |
| 102 Floyd St., Naples, TX 75568 | § § | |
| Confirmed Debtor | § § | Chapter 11 |

# ORDER STRIKING PLEADING
# FILED IN CLOSED CASE

On May 1, 2019, an "Equity Holder's Request for Certification of Non-Compliance" was filed by Janusz Kecki ("Movant") in the above-referenced case. However, the Court finds that this Chapter 11 case was closed by entry of a Final Decree on May 2, 2016, after proper notice of an Application for Final Decree was filed and noticed to all creditors. The case has remained closed since that time. Since pleadings may not be filed in a closed case and no motion to reopen the case has been filed by any party, just cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that the "Equity Holder's Request for Certification of Non-Compliance" filed by Janusz Kecki on May 1, 2019 is hereby **STRICKEN**.

Signed on 05/07/2019

_/s/ Bill Parker_

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE